



_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

IN RE:

Phyllis Faulkner

SSN#: XXX-XX-3718

Chapter 13
CASE NO:   10-32812
Related Document # :  51

### ORDER

ON 01/13/2015,  AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan due to payment default, plan duration and claims of City County Tax Collector
BARBARA L. WHITE Present

**AND, THIS COURT FINDS AND CONCLUDES** that:

Plan payments are in substantial default.

Good cause exist to extend the plan term.

**IT IS, THEREFORE, ORDERED** that:

Case subject to dismissal without further notice upon payment default for 6 months.

Plan payments are to resume at/to be changed to $2,225.00 per month.

Plan composition percentage is set at 48%.

Plan term is extended as necessary.

Attorney for debtor allowed presumptive, non-base fee of $200.00.

Motion is denied.

This Order has been signed electronically.
The Judge's signature and Court's seal
appear at the top of the Order.

UNITED STATES BANKRUPTCY COURT JUDGE