**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:  
Phyllis Faulkner

Case No:  10-32812

SSN#: XXX-XX-3718

**NOTICE TO THE DEBTOR**

NOTICE IS HEREBY GIVEN that by prior order of the Bankruptcy Court, the above-referenced Chapter 13 case is now subject to dismissal without further prior notice and opportunity for hearing upon any subsequent default in plan payments to the trustee. According to the trustee's records, a payment default has occurred since the date of the entry of the court's order. If the payment(s) alleged herein to be in default has already been made, you must furnish the trustee's office with written proof of such payment within the ten (10) days following the date of this notice.

**CORRESPONDENCE ADDRESS:**  
Warren L. Tadlock  
Standing Chapter 13 Trustee  
5970 Fairview Road, Suite 650  
Charlotte, NC  28210-2100  
704/372-9650

**LOCKBOX ADDRESS:**  
Warren L. Tadlock  
Chapter 13 Trustee  
PO BOX 792  
Memphis, TN 38101-0792  
704/372-9650

---

CERTIFICATE OF SERVICE  
The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on April 09, 2015.

L. Pascal  
Office of the Chapter 13 Trustee

Phyllis Faulkner, 5110 Possum Trot Lane, Charlotte, NC  28215  
,  
Total Served: 1